**BAKER BOTTS L.L.P.**
Eliot Williams (Cal. Bar No. 290780)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
eliot.williams@bakerbotts.com

[additional counsel on signature page]

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., AND SLING TV L.L.C., <br><br> *Plaintiffs*, <br><br> v. <br><br> ADEIA INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., AND ADEIA MEDIA SOLUTIONS INC., <br><br> *Defendants*. | Case No. 3:26-cv-02811-JSC <br><br><br> **STIPULATED REQUEST FOR STAY OF LITIGATION AND ~~PROPOSED~~ ORDER** <br><br> **JURY TRIAL DEMANDED** |

United States District Court
Northern District of California

United States District Court
Northern District of California

Pursuant to Civil L.R. 6-2(a), Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("Plaintiffs") and Defendants Adeia Inc., Adeia Guides Inc., Adeia Media Holdings Inc., Adeia Media Holdings LLC, Adeia Technologies Inc., and Adeia Media Solutions Inc. ("Defendants") (collectively, "Parties"), through their counsel, hereby stipulate and agree as follows:

WHEREAS, on April 1, 2026, Plaintiffs filed the complaint in the above-captioned action;

WHEREAS, on June 30, 2026, DISH Network L.L.C., DISH DBS Corporation, Sling TV L.L.C., Sling TV Holding L.L.C. and certain of their affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas, Houston Division;

WHEREAS, the commencement of voluntary bankruptcy proceedings "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate," 11 U.S.C. § 362(a)(1), (3);

WHEREAS, on July 2, 2026, Plaintiffs filed in *Adeia Technologies Inc. et al. v. DISH Network Corporation et al.*, 1:26-cv-01373-STV (D. Colo.), a Notice of Bankruptcy Filing and Automatic Stay of Proceedings for Dish Network L.L.C., DISH DBS Corp., Sling TV L.L.C., Sling TV Holding L.L.C. and Certain of Its Affiliates;

WHEREAS, in the interest of conserving the Parties' and the Court's resources, and efficient administration of the above-captioned action, the Parties have agreed to

a stay of the above-captioned action as set forth below; and

WHEREAS, the proposed stay is not intended to prejudice any party and will serve the interests of judicial economy;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that:

1. The above-captioned action is stayed;

2. All existing deadlines are hereby vacated;

3. The Parties shall not file further motions during the pendency of the stay; and

4. The Parties shall notify the Court upon completion of the DISH bankruptcy proceedings.

DATED: July 8, 2026

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/Kurt M. Pankratz*

Eliot Williams (Cal. Bar No. 290780)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Eliot.williams@bakerbotts.com

Ali Dhanani (Tex. Bar No. 24055400)
(*pro hac vice*)
Brian J. Hausman (Tex. Bar No. 24136892)
(*pro hac vice*)
Zacharias Shepard (Tex. Bar No. 24131664)
(*pro hac vice*)
910 Louisiana St.
Houston, TX 77002
Telephone: (713) 229-1234

Kurt M. Pankratz (Tex. Bar No. 24013291)
(*pro hac vice*)
Griffin R. Tolle (Tex. Bar No. 24115349)
(*pro hac vice*)
2001 Ross Ave, Ste 900

United States District Court
Northern District of California

Dallas, TX 75201
Telephone:(214) 953-6500

Jamie R. Lynn (D.C. Bar No. 987740)
(*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

DATED: July 8, 2026                    /s/ *Margaret Elizabeth Day*

Margaret Elizabeth Day (Cal. Bar No. 177125)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7236
Email: eday@bdiplaw.com

*Attorney for Defendants Adeia Inc. et al.*

## ATTESTATION

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

Date: July 8, 2026                    /s/ *Margaret Elizabeth Day*_____
                                      Margaret Elizabeth Day

## PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 9, 2026                   _____
                                      Jacqueline Scott Corley
                                      United States District Judge

United States District Court
Northern District of California