**BAKER BOTTS L.L.P.**
Eliot Williams (Cal. Bar No. 290780)
700 K St. N.W.,
Washington, D.C. 20001-5692
Telephone: (202) 639-7700
eliot.williams@bakerbotts.com

[additional counsel on signature page]

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., AND SLING TV L.L.C.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADEIA INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., AND ADEIA MEDIA SOLUTIONS INC.,<br><br>*Defendants*. | Case No. 3:26-cv-02811-JSC<br><br>**JOINT STIPULATION TO LIFT STAY AND RESET CASE SCHEDULE**<br><br>**JURY TRIAL DEMANDED** |

United States District Court
Northern District of California

United States District Court
Northern District of California

Pursuant to the Court's July 9, 2026 Order, Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("DISH") and Defendants Adeia Inc., Adeia Guides Inc., Adeia Media Holdings Inc., Adeia Media Holdings LLC, Adeia Technologies Inc., and Adeia Media Solutions Inc. ("Defendants") (DISH and Defendants collectively "Parties"), through their counsel, jointly notify the Court as follows:

(1) On July 9, 2026, after receiving notice of DISH's bankruptcy proceedings, this Court entered an order staying this case, vacating all existing deadlines, ordering the parties to not file further motions during the pendency of the stay, and ordering the parties to notify the Court upon the completion of the bankruptcy proceedings. Dkt. No. 44.

(2) On September 29, 2026, the United States Bankruptcy Court for the Southern District of Texas entered the attached Findings of Fact, Conclusions of Law, and Order ("the September 29 Order," attached as Exhibit A). The September 29 Order approved the Disclosure Statement for the Modified Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation and Certain of its Subsidiaries and confirmed the Second Modified Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation and Certain of its Subsidiaries (together, the "DBS Plan") (Case No. 26-90627, Dkt. No. 1649).

(3) On October 1, 2026, all conditions precedent to the Effective Date of the DBS Plan were satisfied or waived and the DBS Plan became effective. As a result, DISH Network L.L.C. and Sling TV L.L.C. have emerged from Chapter 11 pursuant to the confirmed DBS Plan. *See* Case No. 26-90627, Dkt. No. 1689 ("October 1 Notice," attached as Exhibit B).

In view of the above, the Parties respectfully request the Court order as follows:

(1) The stay in this case is lifted;

(2) Defendants will move to dismiss DISH's complaint for lack of subject matter jurisdiction no later than twenty-one days after the date on which the Court lifts the stay; and

(3) The Initial Case Management Conference be set for a date to be announced by the Court.

United States District Court
Northern District of California

DATED: October 13, 2026

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/ Kurt M. Pankratz*

Eliot Williams (Cal. Bar No. 290780)
700 K St. N.W.,
Washington, D.C. 20001-5692
Telephone: (202) 639-7700
eliot.williams@bakerbotts.com

Ali Dhanani (Tex. Bar No. 24055400)
(*pro hac vice*)
Brian J. Hausman (Tex. Bar No. 24136892)
(*pro hac vice*)
Zacharias Shepard (Tex. Bar No. 24131664)
(*pro hac vice*)
910 Louisiana St.
Houston, TX 77002
Telephone: (713) 229-1234

Kurt M. Pankratz (Tex. Bar No. 24013291)
(*pro hac vice*)
Griffin R. Tolle (Tex. Bar No. 24115349)
(*pro hac vice*)
2001 Ross Ave, Ste 900
Dallas, TX 75201
Telephone:(214) 953-6500

Jamie R. Lynn (D.C. Bar No. 987740)
(*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

United States District Court
Northern District of California

DATED: October 13, 2026

<u>*/s/ Christopher S. Stewart*</u>

Bradley W. Caldwell (*pro hac vice*)
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Jason D. Cassady (*pro hac vice*)
Texas State Bar No. 24045625
jcassady@caldwellcc.com
John Austin Curry (*pro hac vice*)
Texas State Bar No. 24059636
acurry@caldwellcc.com
Brian D. Johnston (*pro hac vice*)
Texas State Bar No. 24080965
bjohnston@caldwellcc.com
Christopher S. Stewart (*pro hac vice*)
Texas State Bar. No. 24079399
cstewart@caldwellcc.com
R. Seth Reich Jr. (*pro hac vice*)
Texas State Bar No. 24088283
sreich@caldwellcc.com
John F. Summers (*pro hac vice*)
Texas State Bar No. 24079417
jsummers@caldwellcc.com
Andrew T. Langford (*pro hac vice*)
Texas State Bar No. 24087886
alangford@caldwellcc.com
Vlada Wendel (*pro hac vice*)
Texas State Bar No. 24131751
vwendel@caldwellcc.com
Eric M. Horsley (*pro hac vice*)
Texas State Bar No. 24131396
ehorsley@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Margaret Elizabeth Day (Cal. Bar No. 177125)
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7236
Email: eday@bdiplaw.com

*Attorneys for Defendants Adeia Inc. et al.*

United States District Court
Northern District of California

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 13, 2026

Jacqueline Scott Corley
United States District Judge