Eliot Williams (Cal. Bar No. 290780)
eliot.williams@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

Kurt M. Pankratz (*pro hac vice*)
kurt.pankratz@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500

[Additional counsel not listed]

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DISH NETWORK L.L.C. and SLING TV L.L.C.,

Plaintiffs,

v.

ADEIA INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., and ADEIA MEDIA SOLUTIONS INC.,

Defendants.

**Case No. 3:26-cv-02811-JSC**

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Date: December 10, 2026
Time: 10:00 a.m.
Courtroom: 8, 19th Floor
Judge: Hon. Jacqueline Scott Corley

The Court has considered Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) (Dkt. 67), Plaintiffs' Opposition, Plaintiffs' Request for Judicial Notice and the accompanying declaration and exhibits, Defendants' Reply, the arguments of counsel, and the record in this action. Good cause appearing, the Court ORDERS as follows:

1. Plaintiffs' Request for Judicial Notice is **GRANTED**. The Court takes judicial notice of the existence, filing dates, and contents of Exhibits A through F to the Declaration of Zacharias Shepard, but not of the truth of any disputed factual assertion in them.

2. Defendants' Motion to Dismiss (Dkt. 67) is **DENIED**. Plaintiffs have alleged an actual controversy within the meaning of Article III and 28 U.S.C. § 2201(a) as to each Patent-in-Suit, and the Court will exercise its jurisdiction under the Declaratory Judgment Act.

3. Defendants shall answer the Complaint within fourteen (14) days of the date of this Order. *See* Fed. R. Civ. P. 12(a)(4)(A).

**IT IS SO ORDERED.**

Dated: ____________________, 202_

______________________________
HON. JACQUELINE SCOTT CORLEY
United States District Judge