Eliot Williams (Cal. Bar No. 290780)
eliot.williams@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

Kurt M. Pankratz (*pro hac vice*)
kurt.pankratz@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500

[Additional counsel on signature page]

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DISH NETWORK L.L.C. and SLING TV L.L.C.,

Plaintiffs,

v.

ADEIA INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., and ADEIA MEDIA SOLUTIONS INC.,

Defendants.

**Case No. 3:26-cv-02811-JSC**

**STATEMENT OF RECENT DECISION**

Date: December 10, 2026
Time: 10:00 a.m.
Courtroom: 8, 19th Floor
Judge: Hon. Jacqueline Scott Corley

Pursuant to this District's Local Rule 7-3(d)(2), Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("DISH") respectfully bring to the Court's attention a relevant and recently-published decision in *Adeia, Inc. v. DIRECTV, LLC*, No. 1:26-cv-00238-AT-SDA, Dkt. No. 241, which is attached hereto as **Exhibit A** and which reflects the public version of the New York court's order (1) dismissing without prejudice the Adeia plaintiffs' claim for misappropriation of trade secrets under the Defend Trade Secrets Act and (2) declining to exercise supplemental jurisdiction over the Adeia plaintiffs' remaining claim for breach of contract as those claims related to DIRECTV's declaratory judgment action before this Court.

The decision was published on November 24, 2026, after DISH submitted its Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 73).

Respectfully submitted,

Dated: November 25, 2026

**BAKER BOTTS L.L.P.**

*/Zacharias E. Shepard/*
Zacharias Shepard (*pro hac vice*)

Eliot Williams (Cal. Bar No. 290780)
eliot.williams@bakerbotts.com
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

Kurt M. Pankratz (*pro hac vice*)
kurt.pankratz@bakerbotts.com
Griffin R. Tolle (*pro hac vice*)
griffin.tolle@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500

Ali Dhanani (*pro hac vice*)
ali.dhanani@bakerbotts.com
Brian J. Hausman (*pro hac vice*)
brian.hausman@bakerbotts.com
Zacharias Shepard (*pro hac vice*)
zach.shepard@bakerbotts.com
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234

Jamie R. Lynn (*pro hac vice*)
jamie.lynn@bakerbotts.com
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700

*Attorneys for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.*